UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| FRANCIS KARICHU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00105-JRS-MG |
| | ) | |
| KRISTI NOEM Department of Homeland Security | ) | |
| DHS, | ) | |
| TODD LYONS Immigration and Custom | ) | |
| Enforcement (ICE), | ) | |
| WARDEN, | ) | |
| INDIANA ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondents. | ) | |

**Order Dismissing Petition for Writ of Habeas Corpus**

Petitioner Francis Karichu, *pro se*, has filed a petition for writ of habeas corpus. He alleges

that he is in custody at the Putnamville Correctional Facility and wishes to challenge the federal

government's authority to execute an immigration detainer upon his release. Dkt. 2. The Court

issued an order for respondents to show cause why the petition should not be granted. Dkt. 6.

Respondents initially asserted that the petition should not be granted because Mr. Karichu

was not challenging his current detention. Dkt. 8. The Court ordered supplemental briefing on the

petition, including an order for respondents to file a copy of the relevant detainer or, if no detainer

is in place, competent evidence of that fact. Dkt. 11. Mr. Karichu was given the opportunity to

reply.

Respondents timely submitted their supplemental brief, which includes competent

evidence that there is no Immigration and Customs Enforcement ("ICE") detainer on Mr. Karichu.

The declaration of ICE Officer James Shields provides evidence that Mr. Karichu is not subject to

an ICE detainer lodged at the Putnamville Correctional Facility. Dkt. 12-1 ¶ 6. Mr. Shields notes

1

two previous, expired ICE detainers for Mr. Karichu issued in 2020 and 2023 to the Marion County Jail and Hamilton County Jail, respectively. *Id.* ¶ 8. He states that both detainers expired 48 hours after Mr. Karichu was released from the relevant facility. *Id.* By not filing a reply, Mr. Karichu leaves this evidence undisputed.

Finding that the evidence in the record shows that Mr. Karichu is not in the custody of ICE, the Court **dismisses** the petition for writ of habeas corpus for lack of jurisdiction. This action is **dismissed without prejudice**. Final judgment will now issue.

**IT IS SO ORDERED.**

Date: 3/12/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

FRANCIS KARICHU
244425
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Tyler G. Banks
INDIANA ATTORNEY GENERAL
tyler.banks@atg.in.gov

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov

2